UNITED STATES of America,
Plaintiff–Appellee

v.

**Manuel Herrera REYES, also known as Yuma; Ricardo Ramirez Villa, also known as Rica, Defendants–Appellants.**

No. 12–40689
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 14, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

David Almaraz, Esq., Law Office of David Almaraz, Francisco Javier Montemayor, Jr., Esq., Laredo, TX, for Defendants–Appellants.

Manuel Herrera Reyes, Big Spring, TX, pro se.

Ricardo Ramirez Villa, Atlanta, GA, pro se.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorneys appointed to represent Manuel Herrera Reyes and Ricardo Ramirez Villa have moved for leave to withdraw and have filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Ramirez Villa has filed a response. We have reviewed the briefs and the relevant portions of the records reflected therein, as well as Ramirez Villa's response. We concur with counsel's assessments that the appeals present no non-frivolous issue for appellate review. Accordingly, counsel's motions for leave to withdraw are GRANTED, counsel are excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.